# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CHRISTOPHER EVERETT,                                                       PLAINTIFF
ADC #152664

v.                                                  3:20CV00176-DPM-JTK

CANTRALL, et al.                                               DEFENDANTS

## **ORDER**

Plaintiff's Motion to identify the John Doe Defendant as Raymond Naylor (Doc. No. 12) is GRANTED.

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Raymond Naylor. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 5) and summons on Defendant in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 27th day of August, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE