IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                                                      PLAINTIFF

v.                          No. 3:20-cv-176-DPM-JTK

CANTRALL, Disciplinary Officer, NCU;
JUSTIN PETERS, Appeals Officer, NCU;
NURZUHUL FAUST, Warden, NCU;
DEXTER PAYNE, Director, ADC;
VICKEY HAYCOX, Executive Assistant,
ADC;   TERRIE BANISTER, Disciplinary
Hearing Officer, ADC;   KEITH WADDLE,
Disciplinary Hearing Officer, ADC;
and RAYMOND NAYLOR, Disciplinary Hearing
Administrator ADC                                                                             DEFENDANTS

ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 9*.   FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).   Everett's claims against Banister are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2020