IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                                              PLAINTIFF

v.                            No. 3:20-cv-176-DPM-JTK

CANTRALL, Disciplinary Officer, NCU;
JUSTIN PETERS, Appeals Officer, NCU;
NURZUHUL FAUST, Warden, NCU;
DEXTER PAYNE, Director, ADC;
VICKEY HAYCOX, Executive Assistant, ADC;
KEITH WADDLE, Disciplinary Hearing
Officer, ADC;  and RAYMOND NAYLOR,
Disciplinary Hearing Administrator, ADC                             DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 42*.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Motion for summary judgment, *Doc. 38*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 January 2021