# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

CHRISTOPHER EVERETT,                                                                PLAINTIFF
ADC #152664

v.                                          3:20CV00176-DPM-JTK

CANTRALL, et al.                                                                   DEFENDANTS

## ORDER

Defendants Jeremy Cottrel, Nurzuhal Faust, and Justin Peter, through their attorney, answered and supplied their correct names (Doc. No. 23). The Clerk is directed to change the style of the case to reflect the Defendants' correct names.

IT IS SO ORDERED this 13th day of May, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE