## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER EVERETT**                                        **PLAINTIFF**

v.                              **No. 3:20-cv-176-DPM**

**JEREMY COTTREL, Disciplinary Officer, NCU;**
**JUSTIN PETER, Appeals Officer, NCU;**
**NURZUHAL FAUST, Warden, NCU;**
**DEXTER PAYNE, Director, ADC;**
**VICKEY HAYCOX, Executive Assistant, ADC;**
**KEITH WADDLE, Disciplinary Hearing**
**Officer, ADC;   and RAYMOND NAYLOR,**
**Disciplinary Hearing Administrator, ADC**          **DEFENDANTS**

### ORDER

A copy of the 8 July 2021 recommendation mailed to Everett was returned undelivered. *Doc. 72.* Another copy was mailed to his updated address on 12 July 2021. Everett hasn't objected;   and the time to do so has passed.

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 70.* FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 60,* granted. Everett's remaining claims will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 August 2021