IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT                         PLAINTIFF

v.                  No. 3:20-cv-176-DPM

JEREMY COTTREL, Disciplinary Officer, NCU;
JUSTIN PETER, Appeals Officer, NCU;
NURZUHAL FAUST, Warden, NCU;
DEXTER PAYNE, Director, ADC;
VICKEY HAYCOX, Executive Assistant, ADC;
TERRIE BANISTER, Disciplinary Hearing Officer,
ADC;   KEITH WADDLE, Disciplinary Hearing
Officer, ADC;   and RAYMOND NAYLOR,
Disciplinary Hearing Administrator, ADC          DEFENDANTS

## JUDGMENT

Everett's due process claims for nominal damages and prospective injunctive relief are dismissed with prejudice. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 August 2021